**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80163-CIV-CANNON**

**SAMUEL AWAD**, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

**CALI COFFEE LLC**,

Defendant.

_______________________________________/

**FINAL JUDGMENT**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Acceptance of Defendants' Rule 68 Offer of Judgment [ECF No. 14], which the Court accepted in a separate Order [ECF No. 15]. In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the accepted Rule 68 Offer of Judgment, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is **ENTERED** as follows:

1. Judgment is entered in favor of Plaintiff against Defendant as to all claims brought in this action [ECF Nos. 14, 14-1].
2. Plaintiff shall take judgment against Defendants in the total amount of $500.00, which is inclusive of any and all damages and attorneys' fees and costs. Defendants shall bear their own attorneys' fees and costs.
3. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.
4. The Clerk is directed to CLOSE this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of May 2026.



**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record